# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

*Filed Electronically*

| | |
|---|---|
| CHARLES JONES, | Case 3:16-cv-00768-TBR |
| Plaintiff, | |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | NOTICE OF SETTLEMENT |
| Defendant. | |
| _____) | |

\* \* \* \* \* \*

Please take notice that Plaintiff Charles Jones has resolved this dispute with Defendant Portfolio Recovery Associates, LLC. Plaintiff and Defendant anticipate filing a Motion for Entry of an Agreed Order of Dismissal with Prejudice within thirty to forty-five days.

Respectfully submitted this 23rd day of March, 2017.

Respectfully submitted,

/s/ R. Brooks Herrick
Joseph N. Tucker
R. Brooks Herrick
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky  40202
(502) 581-2360
(502) 581-8111 (Fax)
joseph.tucker@dinsmore.com
brooks.herrick@dinsmore.com
*Counsel for Portfolio Recovery Associates, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing has been filed this 23rd day of March, 2017, using the Court's ECF system to the following.

James H. Lawson
Lawson at Law, PLLC
115 S. Sherrin Avenue, Suite 4
Louisville, Kentucky 40207
james@kyconsumerlaw.com

                                   /s/ R. Brooks Herrick
                                   *Counsel for Portfolio Recovery Associates, LLC*

11158499v1